**AMERICAN RADIATOR COMPANY, Petitioner, v. NATIONAL LABOR RELATIONS BOARD and Litchfield Radiator Workers Association.**

No. 416.

Circuit Court of Appeals, Eighth Circuit.
Sept. 19, 1938.

S. W. Fordyce, George B. Logan, Frank E. Williams, and William H. Armstrong, all of St. Louis, Mo., for petitioner.

Charles Fahy, Gen. Counsel, National Labor Relations Board, of Washington, D. C., for respondent.

Dennis J. Godfrey, of Litchfield, Ill., for intervener Litchfield Radiator · Workers Ass'n.

PER CURIAM.

Consent decree entered pursuant to stipulation of parties.

**Fred E. ANDERSON et al., Appellants, v. Oscar A. BRECKE et al.**

No. 11415.

Circuit Court of Appeals, Eighth Circuit.
Feb. 22, 1939.

J. Kentner Elliott, of Chicago, Ill., and Seth Lundquist, of Minneapolis, Minn., for appellants.

Oscar A. Brecke and Benedict Deinard, both of Minneapolis, Minn., for appellees.

PER CURIAM.

Appeal dismissed with costs, on dismissal by appellants and consent of appellees.

**L. C. BAGLEY, Trustee in Bankruptcy, Appellant, v. Katherine NEARY.**

No. 11253.

Circuit Court of Appeals, Eighth Circuit.
July 11, 1938.

Bennett Cullison, of Harlan, Iowa, and Charles S. White, of Audubon, Iowa, for appellant.

Leonard Ryan, of Audubon, Iowa, for appellee.

PER CURIAM.

Petition for allowance of appeal from United States District Court denied.